UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER MATTSON, an individual; and ROMAN BORISOV, an individual,<br><br><br>        Plaintiffs,<br><br>        v.<br><br>JOHN F. KELLY, Secretary, Department of Homeland Security; AL GALLMANN, District Director, United States Citizenship and Immigration Services, Arizona-Nevada; JEANNE KENT, Field Director, United States Citizenship and Immigration Services, Las Vegas; JEFF SESSIONS, United States Attorney General; and DANIEL BOGDEN, United States Attorney for the District of Nevada,<br><br><br>        Defendants. | 3:15-cv-182-LRH-WGC<br><br><br><br><br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by and through ROMAN BORISOV, Esq.,

counsel for Plaintiffs HEATHER MATTSON and ROMAN BORISOV, and HOLLY A. VANCE,

Assistant United States Attorney, counsel for Defendants JOHN F. KELLY,[1] Secretary, Department of

---

[1] On February 24, 2017, the Court entered an Order [ECF #55] substituting John F. Kelly for Jeh Johnson, and substituting Jeff Sessions for Loretta E. Lynch.

1

Homeland Security; AL GALLMANN, District Director, United States Citizenship and Immigration Services, Arizona-Nevada; JEANNE KENT, Field Director, United States Citizenship and Immigration Services, Las Vegas; JEFF SESSIONS, United States Attorney General; and DANIEL BOGDEN, United States Attorney for the District of Nevada; to extend the briefing schedule as follows:

      1.      The parties shall have until Monday, March 27, 2017, to file their respective motions for summary judgment;

      2.      The parties shall have until Monday, May 15, 2017, to file their oppositions to the respective motions for summary judgment; and

      3.      The parties shall have until Monday, June 12, 2017, to file their replies in support of their respective motions for summary judgment.

      Modifying the briefing schedule is needed because defense counsel will be out of the office from April 18, 2017 to May 1, 2017. The parties aver that this stipulation is made in good faith and not for the purpose of delay.

Dated this 3rd day of March, 2017.


DANIEL G. BOGDEN                ROMAN BORISOV, ESQ.
United States Attorney


  /s/ Holly A. Vance                   /s/ Roman Borisov
HOLLY A. VANCE                  ROMAN BORISOV
Assistant United States Attorney       Attorney for Plaintiffs


                                  IT IS SO ORDERED:


DATED this 7th day of March, 2017.      _____

                                  LARRY R. HICKS
                                  UNITED STATES DISTRICT JUDGE