UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER MATTSON and ROMAN BORISOV,<br>　　　　Plaintiffs,<br><br>v.<br><br>KIRSTJEN M. NIELSEN, AL GALLMANN, JEANNE M. KENT, JEFF SESSIONS, DAYLE ELIESON,<br>　　　　Defendants. | No. 3:15-cv-00182-LRH-WGC<br><br><br>ORDER |

The Court, having considered the Motion for Substitution of Counsel, hereby GRANTS LEAVE for Defendants to substitute counsel;

Anthony D. Bianco, counsel for Defendants, is substituted as counsel for Hans H. Chen in this case.

IT IS SO ORDERED.

DATED this 22nd day of May, 2018.

　　　　　　　　　　　　　　　　　_William G. Cobb_____
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE